EASTERN DISTRICT of KENTUCKY

**TENDERED**

DATE ⎽⎽⎽⎽⎽⎽⎽⎽⎽

ROBERT R. CARR

CLERK U S DISTRICT COURT

Eastern District of Kentucky
**F I L E D**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

JUL 1 1 2013

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 12-5-S-GFVT**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

V.                                    **PLEA AGREEMENT**

**MANALAPAN MINING COMPANY, INC.**                          **DEFENDANT**

\*   \*   \*   \*   \*

1. Pursuant to Federal Rule of Criminal Procedure 11(c), the Defendant will enter a guilty plea to Count 3 of the Superseding Indictment, charging a violation of 30 U.S.C. § 820(d). Pursuant to Rule 11(c)(1)(A), the United States will move at sentencing to dismiss Counts 1, 2 and 33.

2. The essential elements of Count 3, a violation of 30 U.S.C. § 820(d), that is willfully violating a mandatory safety standard, are as follows:

(a) First, that Manalapan was an operator of the P-1 Mine;

(b) Second, that the coal produced by the P-1 Mine entered interstate commerce, or that the operations or products of this mine affected interstate commerce;

(c) Third, from on or about June 6, 2011, and continuing through on or about June 29, 2011, in Harlan County, in the Eastern District of Kentucky, Manalapan violated the

1

Mandatory Health or Safety Standard listed above in that it allowed miners to operate electrical mobile carriers and/or section scoops in the 002 Section of the P-1 Mine without substantially constructed canopies or cabs to protect the miner/operators from roof falls and from rib and face rolls;

(d) and Fourth, that the violation was done willfully.

3. As to Count 3, the United States could prove the following facts that establish the essential elements of the offense beyond a reasonable doubt, and the Defendant admits these facts:

The Defendant, Manalapan Mining Company, Inc. was the Kentucky corporate operator of its P-1 Mine located in Harlan County, Kentucky. Manalapan was subject to the provisions of the Federal Mine Safety and Health Act of 1977, in that Manalapan affected interstate commerce by utilizing equipment manufactured outside the state of Kentucky. Also the coal produced by the P-1 Mine entered and affected interstate commerce.

From on or about June 6, 2011, through June 29, 2011, Manalapan violated the mandatory safety standard set forth in Title 30, Code of Federal Regulation, Section 75.1710-1, in that it willfully allowed miners to operate electrical mobile bridge carriers and/or section scoops in the 002 Section of the P-1 Mine which did not have canopies or cabs for their protection as required, and which were available but not installed.

4. The maximum statutory punishment for Count 3 is a fine of not more than $250,000. A mandatory special assessment of $125 applies, and the Defendant will pay this assessment to the U.S. District Court Clerk at the time of the entry of the plea.

5. The United States and the Defendant acknowledge that the amount of a fine, which the Court may or may not impose, is the only issue to be considered by the Court at the sentencing of Manalapan. Further, the United States and the Defendant have agreed to

2

disagree about a fine. Therefore, the United States and Manalapan, by counsel, respectfully reserve the right to advocate their respective positions including the right to call witnesses and to produce records at the sentencing hearing regarding a fine.

6. The Defendant waives the right to appeal and the right to attack collaterally the guilty plea and conviction.

7. If the Defendant violates any part of this Agreement, the United States may void this Agreement and seek an indictment for any violations of federal laws, and the Defendant waives any right to challenge the initiation of additional federal charges.

8. This Agreement does not bind the United States Attorney's Offices in other districts, or any other federal, state, or local prosecuting authorities.

9. The Defendant and the Defendant's attorney acknowledge that the Defendant understands this Agreement, that the Defendant's attorney has fully explained this Agreement to the Defendant, and that the Defendant's entry into this Agreement is voluntary.

KERRY B. HARVEY
UNITED STATES ATTORNEY

Date: 11/7/12          By: _____
                            Patrick H. Molloy
                            Assistant United States Attorney

Date: 11/7/12          By: _____
                            Manalapan Mining Company Inc.
                            Defendant

Date: 11/7/12          By: _____
                            Richard E. Plymale
                            Attorney for Defendant

3

**APPROVED**, this ___ day of November, 20___

_____
UNITED STATES DISTRICT JUDGE